# EXHIBIT A

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against __Load Trail__ ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages pursuant to the federal Fair Labor Standards Act ("FLSA"). I further acknowledge that this consent is intended to be filed to recover my FLSA damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, in any action or proceeding that may be filed on my behalf for such recovery, and this consent may be used in any such case or proceeding as necessary to the maximum extent allowed by law. For purposes of pursuing my FLSA claims against Defendant, I choose to be represented by attorneys at the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: __9-19-18__    Signature: __Luis A. Morales__

Printed Name: __Luis A. Morales__