IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JACINTO RAMIREZ, LUIS MORALES, ORLANDO PIEDRA FLORES, AND SALVADOR LEON, On Behalf of Themselves and All Other Similarly Situated,<br><br>　　　Plaintiffs,<br>v.<br><br>LOAD TRAIL, LLC,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION No. 4:18-CV-00756-ALM<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by Plaintiffs Jacinto Ramirez, Luis Morales, Orlando Piedra Flores, and Salvador Leon, on behalf of themselves and all current Opt-in Plaintiffs in this lawsuit, and Defendant Load Trail, LLC (collectively, the "Parties") Joint Stipulation of Dismissal with Prejudice. After considering the Stipulation and agreement of the Parties, the Court:

ORDERS that all claims in this lawsuit are hereby DISMISSED WITH PREJUDICE. All costs of court, attorneys' fees, and expenses shall be borne by the party incurring the same except as otherwise agreed by the Parties.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 24th day of June, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE